UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Farma
_____
Petitioner

v.

Comm of Mass
_____
Respondent

CIVIL ACTION

NO. 05-10193 RGS

**ORDER**

STEARNS D.J.

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to the Respondent **AND** the Attorney General for the Commonwealth of Massachusetts, Attention: Pamela Hunt, Chief, Appellate Division, One Ashburton Place, 18th Floor, Boston, MA 02108.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests the Respondent, as part of the return, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.

3/22/05
Date

/s/ Richard G. Stearns
United States District Judge

by: Elaine Flaherty
deputy clerk

(2254 Service Order.wpd - 12/98)                    [2254serv.]