**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JOHN FARMA, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10193-RGS |
| COMMONWEALTH, | ) | |
|     Respondent. | ) | |
| | ) | |

**MOTION TO REQUIRE PETITIONER TO SUBMIT A PETITION IN COMPLIANCE WITH 28 U.S.C. § 2254 RULE 2**

The respondent respectfully requests that the Court require the petitioner, John Farma, to submit a petition that complies with Rule 2(c)-(d) of the Rules Governing Section 2254 Cases in the United States District Courts (the "Habeas Rules"), including ordering him to use the form annexed to the rules.  Rule 2(d) requires federal habeas petitioners to submit petitions in a prescribed form, while Rule 2(c) requires petitioners to include specific information, identify the grounds for relief, and be signed under oath.  See Rule 2(c)-(d).

Rather than using the form petition required by Rule 2(d), Mr. Farma has submitted a fifteen page document that more closely approximates a memorandum of law than it does a petition for habeas corpus relief.  In its current form, it is impossible to respond to the petition in the form of an answer, see Rule 5, or other responsive pleading.  The respondent therefore respectfully requests the Court order Mr. Farma to re-submit his petition pursuant to Rule 2(d), including ordering him to use the form annexed to the rules.

In support of the motion, the respondent relies on the accompanying memorandum of law.

Respectfully submitted,

THOMAS F. REILLY
Attorney General


/s/ Daniel I Smulow
Daniel I. Smulow, BBO # 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2949

Date: April 26, 2005

## Certificate of Service

I, Daniel I. Smulow, certify that on this twenty-sixth day of April, 2005, I mailed a copy of this motion to counsel for the petitioner, Roger Witkin, Six Beacon Street, Suite 1010, Boston, MA 02108, by first-class mail, postage pre-paid.

/s/ Daniel I. Smulow
Daniel I. Smulow