UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN FARMA,
        Petitioner

v.                              Civil Action No. 05 10193 RGS

JOHN J. O'BRIEN, Commonwealth
of Massachusetts, Commissioner
of Probation,
AND,
The ATTORNEY GENERAL of the
Commonwealth of Massachusetts,
        Respondents.

**PETITIONER'S MOTION TO RECONSIDER ALLOWING
RESPONDENT'S MOTION TO SUBMIT A PETITION ON
<u>THE FORM PROVIDED BY THE DISTRICT COURT</u>**

In this case it would appear from the time-line that the respondent's motion to require that the petitioner re-submit his 2254 petition on the form which the Clerk of Court provides pursuant to The Rules Governing Section 2254 cases Rule 2 (d) was allowed by this Court prior to the Court receiving the petitioner's memorandum in opposition to said motion.

Therefore, the respondent moves that in light of the facts and law set out in the opposition this Court reconsider and deny said motion.

In support hereof the petitioner states:

1.       The respondent in support of his motion cites as authority four case including <u>United States v. LaBonte</u>, 70 F.3d 1396, 1412-13 (1st Cir. 1995), rev'd on other grounds, 520 U.S. 751 (1997) and <u>McFarland v. Scott</u>, (93-6497), 512 U.S. 849 (1994). Neither case (in fact none of the cases cited) had to do with the Form being required, in fact the case only discussed the requirement that <u>the rule be "substantially" complied with in the petition</u>. In <u>LaBonte</u>, for example the

district court denied the motion because factual allegations needed to support the petition were unsworn as required by Rule 2 <u>not because a particular form was not used</u>.

2.   The pertinent part of Rule 2(c) states: "The Petition must:

(1) specify all grounds for relief available to the petitioner;
(2) state the facts supporting each ground;
(3) state the relief requested;
(4) be printed, typewritten, or legibly handwritten, and
(5) be signed under penalty of perjury by the petitioner or
by a person authorized to sign it for the petitioner under 28 U.S.C.§ 2242.

3.   Rule 2(c) states that: "The petition must **substantially** follow **either** the form appended to these rules or a form prescribed by a local district-court rule."

<u>On its face the rule does no require that the actual form be used only that the petition meet the five requirements of sub-section (c) and "substantially follow" the form.</u>

4    The petition as filed "substantially" follows the prescribed form and meets all five requirements of sub-section (c) .

*/s/Roger Witkin*
ROGER  WITKIN
BBO #531780
for the Petitioner
6 Beacon Street, Suite 1010
Boston, MA 02108
(617) 523-0027(tel.)
(617) 523-2024(fax)

DATED:   May 4, 2005

**CERTIFICATE OF SERVICE**

2

I, ROGER WITKIN, certify that on this 4th day of May, 2005, I mailed a copy of the Petitioner's Motion To Reconsider Allowing Respondent's Motion To Submit A Petition On The Form Provided By The District Court, to the Respondent, John J. O'Brien, Commissioner of Probation, 1 Ashburton Place, Rm. #405, Boston, MA 02108 and Office of the Attorney General, 1 Ashburton Place, Boston, MA 02108, by first-class United States mail, postage pre-paid.

*/s/Roger Witkin*
ROGER WITKIN