UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN FARMA,
        Petitioner

v.                              Civil Action No. 05CV10193 RGS

JOHN J. O'BRIEN, Commonwealth
of Massachusetts, Commissioner
of Probation,
AND,
The ATTORNEY GENERAL of the
Commonwealth of Massachusetts,
        Respondents.

**MOTION TO LATE FILE PETITIONER'S PETITION UNDER 28 U.S.C. §2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

**Petitioner originally filed a Petition for Writ of Habeas Corpus, not in the form mandated by the Court or the Rules.**

The Court has denied Petitioner's Motion for Reconsideration of its ruling dismissing the first Petition, but granting leave to file a corrected Petition.

The Petitioner has been for the past week and will remain so until either June 13 or June 14, in Chicago, Illinois.

Wherefore, he is not available to sign his Petition, which is already prepared.

Wherefore the Petitioner moves that he be permitted to file his amended Petition on or before June 17, 2005.

                                              */s/Roger Witkin*
                                              ROGER  WITKIN
                                              BBO #531780
                                              for the Petitioner
                                              6 Beacon Street, Suite 1010
                                              Boston, MA 02108
                                              (617) 523-0027(tel.)

(617) 523-2024(fax)

DATED: June 10, 2005

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**JOHN FARMA,**
      **Petitioner**

v.                                Civil Action No. 05CV10193 RGS

**JOHN J. O'BRIEN, Commonwealth
of Massachusetts, Commissioner
of Probation,
AND,
The ATTORNEY GENERAL of the
Commonwealth of Massachusetts,**
      **Respondents.**

## CERTIFICATE OF SERVICE

I, ROGER WITKIN, certify that on this 10th day of June, 2005, I hand delivered a copy of Motion To Late File Petitioner's Petition Under 28 U.S.C. §2254 For Writ of Habeas Corpus By A Person In State Custody to Mary H. Johnson, Courtroom Clerk for Honorable Richard G. Stearns, United States Courthouse, 1 Courthouse Way, Room 2300, Boston, MA 02210; Daniel I. Smulow, Attorney General's Office, One Ashburton Place, 18th floor, Boston, MA 02108, counsel for the Respondent, John J. O'Brien, Commissioner of Probation, and Office of the Attorney General, 1 Ashburton Place, Boston, MA 02108.

                              */s/Roger Witkin*
                              ROGER WITKIN

1