UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN FARMA,<br>    Petitioner,<br><br>v.<br><br>JOHN J. O'BRIEN<br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION<br>)    NO. 05-10193-RGS |

**RESPONDENT'S MOTION TO DISMISS HABEAS CORPUS
PETITION FOR FAILURE TO EXHAUST STATE COURT REMEDIES**

    The respondent, John O'Brien, through his counsel, the Attorney General of Massachusetts, hereby moves this Court to dismiss the petition for writ of habeas corpus, or, in the alternative, order the petitioner to amend the petition to present only the claim which he has exhausted. In support of his motion, the respondent states that the petitioner has presented a mixed petition presenting exhausted and unexhausted claims. Because the petitioner has yet to provide the state's highest court with the first opportunity to pass on the merits of his unexhausted claim, this Court should dismiss the petition. *See* 28 U.S.C. §§ 2254(b)-(c); *O'Sullivan v. Boerckel*, 526 U.S. 838, 845 (1999). The respondent reserves the right to submit a memorandum raising additional defenses, if necessary.

    In support of this motion, the respondent relies upon his memorandum of law filed with this motion.

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ Daniel I. Smulow
    Daniel I. Smulow, BBO # 641668
    Assistant Attorney General

                                            Criminal Bureau
                                            One Ashburton Place
                                            Boston, MA 02108
                                            (617) 727-2200, ext. 2949

Dated: July 7, 2005