UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10193- RGS

JOHN FARMA

v.

JOHN J. O'BRIEN, COMMISSIONER OF PROBATION,
COMMONWEALTH OF MASSACHUSETTS

ORDER ON REPORT AND RECOMMENDATION

December 29, 2005

STEARNS, D.J.

Because I agree with Magistrate Judge Bowler's Report, I will adopt her Recommendation and **DENY** the motion to dismiss. I note that no objections to the Report and Recommendation have been filed.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE