UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10193- RGS

JOHN FARMA

v.

JOHN J. O'BRIEN, COMMISSIONER OF PROBATION,
COMMONWEALTH OF MASSACHUSETTS

<u>ORDER ON MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION</u>

April 10, 2006

STEARNS, D.J.

I agree with Magistrate Judge Bowler that the petitioner is procedurally defaulted as to ground one of the petition[1] and has failed to raise any meritorious issue under federal law as to ground two.[2] Consequently, her Recommendation is <u>ADOPTED</u> and the petition is <u>DISMISSED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____

---

[1] While petitioner's application for further appellate review by the Supreme Judicial Court invoked a claim of ineffective assistance (as he contends in his Objection to the Report), as the Magistrate Judge correctly observes in her December 8, 2005 Report and Recommendation at 7, "[t]he [ineffective assistance] ground submitted to the SJC in the ALOFAR and that asserted in the [federal] petition for writ of habeas corpus involve different legal theories which require distinct constitutional analysis. As such, ground one is not exhausted."

[2] To I do not understand petitioner to disagree with the Magistrate Judge's conclusion regarding ground two.

UNITED STATES DISTRICT JUDGE