UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN FARMA

    V.                        CIVIL ACTION NO. 05-10193-RGS

JOHN J. O'BRIEN, COMMISSIONER OF PROBATION,
COMMONWEALTH OF MASSACHUSETTS

## ORDER OF DISMISSAL

**STEARNS, DJ.**                            **APRIL 13, 2006**

THIS COURT HAVING ADOPTED THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

            **BY:**

                            /s/ Mary H. Johnson
                               **Deputy Clerk**